# THE MURPHY LAW FIRM, LLC

Brian A. Murphy
David Roth
Katharine York

10200 West 44th Avenue, Suite 340
Wheat Ridge, Colorado 80033
Phone: 303-316-0813
Fax: 303-320-0827
Toll Free: 844-5280-LAW
www.brianmurphy.net

Brian@brianmurphy.net
David.Roth@brianmurphy.net
Kat.York@brianmurphy.net

June 2, 2015

**Sent via certified mail – return receipt requested**

David Bowser
Domaine Real Estate
9800 Mount Pyramid Court
Suite 400
Englewood, CO 80112

RE:   1601 Hanover Street, Aurora, CO 80010 ("Residence")

To Whom It May Concern:

Please accept this communication as Notice of a Claim concerning the Residence pursuant to C.R.S. § 13-20-803.5. Under this same statute, you have a right to inspect the Residence. After inspection, you have the further right to offer to remedy the problems listed herein or otherwise provide a settlement offer. Such an inspection must be completed within thirty days of receipt of this Notice.

The following claims of construction defects are being made with regard to the Residence:

1. First floor bathroom – when using the warm water, the water comes out brown. The bathtub and sink were merely painted and after cleaning them twice, the paint began coming off and peeling. The ceiling has a crack running through it. There is insufficient structural support for the bathtub. Lastly, there is improper ventilation.

2. Half bathroom on the second floor – The toilet smells and the water is dirty and smells. The sink was painted and the paint has come off.

3. Basement bathroom – The shower is unstable and vibrates and appears to be holding up part of the first floor bathroom.

4. Kitchen – The ventilation hood does not work and does not extract smoke; the plug for the refrigerator does not have an electrical box; and there are dangerous exposed electrical cables. The sink leaks water.

5. Laundry Room – There is water return from a possible drain that is blocked or plugged when using washing machine, causing water damage.



EXHIBIT 9
WIT: Bowser
DATE: 3-19-19
Javernick & Stenstrom LLC

EXHIBIT E-1

Bowser, David
Page 2 of 2

6. Outside of house — The water faucet outside in the back, that you would connect a hose to, leaks and that water leaks into the basement.

7. Significant electrical issues including — the porch light turns off by itself or dims, the living room fan does not operate and the lights do not work, and the light switches are almost all set up backwards, 'off' is 'on' and 'on' is 'off'. They are also not set properly in the walls. There are peeled/frayed wires exposed in the mud room, and the lights in the mud room did not work. Homeowners have repaired the electrical wiring in the mud room. The light outside in back of house has never worked. The electrical in the basement is not up to code creating a significant fire risk.

8. Garage — Smells like gas (Smells kind of like when you turn on a gas stove at first). The house was advertised as having a heated garage but the heater doesn't work, neither does one of the automatic garage doors.

9. Roof — Older roofing was not removed and newer roofing was merely put over the old one. The roof is not up to code and was not fixed pursuant to the contract following the initial inspection. There is leaking and rot in the attic. There was prior hail damage. An engineer, hired by you, certified the roof when the roof could not be certified.

10. Significant and debilitating foundation issues including — Improper and incomplete foundation. The foundation is not up to code due to two levels of cinder blocks being placed on top of the dirt. The dirt is then covered by a level of what appears to be thin-set concrete. The thin-set has several cracks and holes causing dirt to intrude into the house. This defective foundation was attempted to be covered up by framing in a utility room next to the bathroom. The initial inspection stated that the foundation needed to be certified. An engineer, hired by you, certified the foundation when the foundation could not be certified.

11. The floor in the basement is not level and the concrete is cracking.

Upon information and belief, the aforementioned defects have caused, and will continue to cause, resultant property and other damages at the Residence. This list is only preliminary, and we reserve the right to supplement this list upon further investigation.

Additionally, I ask that you inform any applicable insurance company of this claim and provide me with the insurer's name and policy number.

Please do not hesitate to contact me if you wish to discuss this matter in more detail. If you are represented by an attorney in this matter, please have your attorney contact me. Thank you for your cooperation.

Sincerely,

David M. Roth, esq.
The Murphy Law Firm, LLC

**EXHIBIT E-1**